Jane Zendman v. Harry Winston, Inc.—
Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 28.]

Ferdinand A. Straus v. Kenneth H. Granger.—
Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 725.]

East River Savings Bank v. Beatrice De Tavara et al.—
Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 552.]

Banque De Salonique v. Leon Feldmann et al.—
Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 654.]

Pierre R. Becker et al. v. Isbrandtsen Co., Inc.—
Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 638.]

In the Matter of the Arbitration between Walter D. Binger et al., Appellants, and Charles J. Thatcher, Respondent.—
Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 650.]

Sotiros N. Cachules et al., as Executors of Michael Condax, Deceased, Appellants, v. Carlyle Finkelstein et al., Respondents. 116 East 57th Street, Inc., et al., Plaintiffs, v. Michael Saytanides et al., Defendants.—
Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 173.]

Sotiros N. Cachules et al., as Executors of Michael Condax, Deceased, Appellants, v. Carlyle Finkelstein et al., Respondents. 116 East 57th Street, Inc., et al., Respondents, v. Michael Saytanides et al., Appellants, et al., Defendants. Sotiros N. Cachules et al., as Executors of Michael Condax, Deceased, Appellants, v. Carlyle Finkelstein et al., Respondents. 116 East 57th Street, Inc., et al., Plaintiffs, v. Michael Saytanides et al., Defendants.—
Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 173.]